ONEIDA COUNTY MACARONI COMPANY, INC., Respondent, v. NEWARK FIRE INSURANCE COMPANY, Appellant.— Judgment and order reversed on the law and facts, and a new trial granted, with costs to appellant to abide event, on the ground that the evidence in regard to the " black hand " transaction was improperly received and that it, in connection with the remarks made in the presence of the jury, constitutes error requiring a reversal. All concur.

SYRACUSE UNIVERSITY, Respondent, v. GEORGE PAPPAS and Another, Appellants.— Judgment and order affirmed, with costs. All concur.

EDDIE L. HEWSON, Appellant, v. H. J. BURKHARDT and Others, as and Constituting the Board of Dental Examiners of the State of New York, and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concur.

AUGUSTA BUCHOLZ, Respondent, v. RUDOLPH W. BUCHOLZ, Appellant — Judgment affirmed, with costs. All concur.

MARY CRABTREE and Others, Respondents, v. ANTON WEILER and Others, Appellants.— Judgment affirmed, with costs. All concur.

BELLE BEACH, Respondent, v. NEW YORK STATE RAILWAYS, Appellant.— Judgment and order affirmed, with costs. All concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NATHAN SLOTKIN, Appellant.— Judgment of conviction affirmed. All concur.

VICTORIA THEATRE COMPANY, INC., and Another, Respondents, v. NEW AMSTERDAM CASUALTY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur; Sears, J., not sitting.

GOLDE CLOTHES SHOP, INC., Appellant, v. LOEW'S BUFFALO THEATRES, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur, except Sears and Crouch, JJ., who dissent.

GOLDE CLOTHES SHOP, INC., Respondent, v. LOEW'S BUFFALO THEATRES, INC., Appellant.— Order granting plaintiff's motion for preference affirmed, with ten dollars costs and disbursements. All concur.

JENNIE M. BRAHE, Respondent, v. WILMER & VINCENT THEATRE COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur; Crouch, J., not sitting.

JOHN I. JOHNSON, Appellant, v. BOWERS M. PHELPS, Respondent.— Judgment and order affirmed, with costs. All concur; Davis, J., not sitting.

JOHN I. JOHNSON, Appellant, v. BOWERS M. PHELPS, Respondent.— Order affirmed, with costs. All concur; Davis, J., not sitting.

HENRY J. SWEENEY, Respondent, v. MODERN WOODMEN OF AMERICA, Appellant.— Judgment affirmed, with costs. The 28th finding of fact contained in defendant's requests to find is disapproved and reversed because it is inconsistent with the other findings and a mistake and an irregularity in the record, due to inadvertence. In lieu thereof this court finds as follows: That Dennis Sullivan occasionally used intoxicating liquors of which the defendant had notice in the application but such use was not of the extent and nature contemplated by the conditions and warranties in the certificate, which provided that the use of alcoholic drinks should render the certificate null and void and of no effect. (Civ. Prac. Act, §§ 105, 584; Reich v. Cochran, 196 App. Div. 248, 254.) All concur.

JULIA WHITTAM and Another, Respondents, v. DUNNE-MCCORD COMPANY